# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *   *
HENRY D. KLEIN and JUDY D.          *
KLEIN,                              *
                                    *
           Plaintiffs,              *
                                    *   No. 04-1458L
    v.                              *   Filed: June 12, 2018
                                    *
UNITED STATES,                      *
                                    *
           Defendant.               *
                                    *
* * * * * * * * * * * * * * * * *   *
```

**O R D E R**

The court is in receipt of the parties' June 8, 2018 joint stipulation of dismissal with prejudice of the above-captioned case. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, this court **ORDERS** that this case be **DISMISSED** with prejudice.

**IT IS SO ORDERED**.

        s/Marian Blank Horn
        **MARIAN BLANK HORN**
            **Judge**